UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA                 CIVIL ACTION NO. 6:16-cr-00098

VERSUS                                   JUDGE MINALDI

JAMES MICHAEL HINSON                      MAGISTRATE JUDGE WHITEHURST

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, James Michael Hinson, is ACCEPTED and he is finally adjudged guilty of the offense charged in Count One of the bill of information, consistent with the report and recommendation.

Lafayette, Louisiana, this 7 day of ____ , 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE